UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADI RAVIV,

                        Plaintiffs,

-v-                                  CIVIL ACTION NO.: 22 Civ. 6847 (SLC)

MIRROR BIOLOGICS, INC.,                   **ORDER**

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United States Magistrate Judge will conduct all further proceedings in this case, including but not limited to any decisions on motions, any jury or nonjury trial, and/or the entry of a final judgment. An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment of this district court.

Magistrate Judge Sarah L. Cave will manage general pretrial matters and dispositive motions. General pretrial matters include scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery, and dispositive motions must be made to Judge Cave and in compliance with this Court's Individual Practices, available on the Court's website at https://nysd.uscourts.gov/hon-sarah-l-cave.

On August 16, 2022, Defendant filed a letter-motion seeking an extension of time to answer, move, or otherwise, file a response to the complaint, (see ECF No. 1 (the "Complaint")), by September 30, 2022. (ECF No. 5). On August 17, 2022, the Court granted the extension. To

2

date, Defendant has not answered, moved, or otherwise, filed a response to the Complaint. Accordingly, Defendant shall answer, move, or otherwise, file a response to the Complaint by **Tuesday, October 11, 2022**.

**Failure to answer, move, or otherwise, file a response to the Complaint may result in the entry of a certificate of default and default judgment**.

| | |
|---|---|
| Dated:    New York, New York<br>           October 4, 2022 | SO ORDERED.<br><br>_____<br>**SARAH L. CAVE**<br>**United States Magistrate Judge** |