UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADI RAVIV,<br><br>                    Plaintiffs,<br><br>     -v-<br><br>MIRROR BIOLOGICS, INC.,<br><br>                    Defendant. | CIVIL ACTION NO.: 22 Civ. 6847 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The telephonic status conference scheduled for Tuesday, April 4, 2023 at 12:00 p.m. is ADJOURNED to **Monday, April 17, 2023 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York            SO ORDERED.
           March 28, 2023

                                         _____
                                         SARAH L. CAVE
                                         **United States Magistrate Judge**