UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADI RAVIV,<br><br>         Plaintiff,<br><br>     -v-<br><br>MIRROR BIOLOGICS, INC.,<br><br>         Defendant. | CIVIL ACTION NO. 22 Civ. 6847 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court thanks the parties for certifying to the close of all discovery in this matter. (ECF No. 27). Based on the parties' representation that they do not request referral for a settlement conference and will not file dispositive motions (id.), this matter will proceed to jury trial.

By **August 3, 2023**, the parties shall file a joint letter setting forth the number of trial days they anticipate. The letter shall also set forth any dates on which they, or any necessary trial witness, will be **unavailable** during the weeks of October 16–20, 2023, November 6–9, 2023, and November 13–17, 2023. Based on the parties' availability, the Court will then set dates for trial and a schedule for pretrial submissions.

Dated:     New York, New York
           July 26, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**