UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADI RAVIV,

                Plaintiff,

-v-

MIRROR BIOLOGICS, INC.,

                Defendant.

CIVIL ACTION NO. 22 Civ. 6847 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's August 11, 2023 Pretrial Order, the parties were directed to send to Chambers, by September 22, 2023, binders (the "Binders") containing:

1. an index of that party's proposed exhibits (by number or letter) and, following each listed exhibit, a title of the exhibit, followed by a notation indicating whether the other party has made an objection to that exhibit and on what basis;

2. a copy of each of the party's proposed exhibits, ordered sequentially;

3. following the exhibits, a copy of any deposition testimony the party intends to offer in its case in chief (<u>i.e.</u>, not for impeachment); and

4. copies of any charts or other demonstrative evidence the party intends to display at trial.  If a document is too bulky to be placed into the binder, it may be submitted separately in an unsealed envelope or redweld marked with the exhibit number, or on a disk.

(ECF No. 37 ¶ 1.c).  The Court did not receive the Binders by the deadline.  As a one-time courtesy, the Court <u>sua</u> <u>sponte</u> extends this deadline, and directs the parties to deliver the Binders to Chambers by **September 27, 2023**.

Dated:      New York, New York
              September 26, 2023

SO ORDERED.

_/s/ Sarah L. Cave_____
**SARAH L. CAVE**
**United States Magistrate Judge**