UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADI RAVIV,

                Plaintiff,

-v-                                      CIVIL ACTION NO. 22 Civ. 6847 (SLC)

MIRROR BIOLOGICS, INC.,                          **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

In the parties' Joint Pretrial Order, Defendant indicated that it intends to offer into evidence certain deposition testimony of Daniel Mbengue, specifically the testimony appearing on pages 19–21 and 28–58 of the transcript of Mr. Mbengue's deposition (the "Transcript"). (ECF No. 45 ¶ 8.b). In the binder submitted to the Court, however, Defendant omitted pages 49–58 of the Transcript (the "Pages"). Accordingly, Defendant shall submit the Pages by **October 5, 2023**. Defendant may file the Pages on ECF or email them to Chambers (Cave_NYSDChambers@nysd.uscourts.gov).

Dated:        New York, New York
                October 4, 2023

                                                            SO ORDERED.

                                                            _____
                                                            SARAH L. CAVE
                                                            **United States Magistrate Judge**