UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADI RAVIV,<br><br>                         Plaintiff,<br><br>   -v-<br><br>MIRROR BIOLOGICS, INC.,<br><br>                         Defendant. | CIVIL ACTION NO. 22 Civ. 6847 (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The briefing of the parties' post-trial submissions shall proceed as follows:

1. By **November 15, 2023**, Plaintiff shall file his proposed findings of fact and conclusions of law ("Plaintiff's Submission").

2. By **December 11, 2023**, Defendant shall file its response to Plaintiff's Submission.[1]

Dated:     New York, New York
              October 18, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

---

[1] The Court's page limitations applicable to memoranda of law in support of and in opposition to motions shall apply to the parties' submissions.  (See Ind. Prac. § III.B).