**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

ADI RAVIV,

                      Plaintiff,

      -against-                                  22 **CIVIL** 6847 (SLC)

                                                          **JUDGMENT**

MIRROR BIOLOGICS, INC.,

                      Defendant.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 31, 2024, the Court concludes that Mirror is liable for breach of contract with respect to the Employment Agreement and has awarded Mr. Raviv a judgment: (1) awarding him $395,000, and (2) directing Mirror to issue to him (a) 230 Stock Options "on a fully diluted basis" at an exercise price of $2,000 per share and with an expiration date of five (5) years from the date of judgment, and (b) 2,000 Grant Shares pursuant to the Employment Agreement. Mr. Raviv's request for sanctions under Federal Rule of Civil Procedure 37(c)(2) is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

       June 3, 2024

                                                       **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                                **BY:**      *K. Mango*

                                                         **Deputy Clerk**